# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: BABY S.  : No. 969 MAL 2015
:
:
:
PETITION OF: S.S.  : Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.